GILES GREVILLE HEALEY, Appellant, v. VIRGINIA SMITH HEALEY, Respondent. — Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HUGH B. MONJAR, Respondent, v. DECIMO CLUB, INC., and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ARMAND VECSEY, Plaintiff, v. GUY BOLTON, Appellant. FRED THOMPSON, Respondent; PHILIP GOODMAN and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. .

LOUISE TAYLOR, Respondent, v. NORTH AMERICAN OPERATIC ASSOCIATION, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WALTER ALBERT PEASE, JR., Respondent, v. MAURICE MARTENS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MORRIS SABOT and Another, Copartners, etc., Respondents, v. THE ÆTNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARTHA FEYBUSCH, Respondent, v. MARTIN FEYBUSCH, Appellant.— Order modified by striking out the amount directed to be paid and for counsel fee and by allowing seventy-five dollars per week as and for the support and maintenance of the issue of the marriage, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NEWTON L. SCHLOSS and Another, Copartners, etc., Respondents, v. PICCADILLY HOLDING CORPORATION and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HARRY HOPKINS, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent.

WILLIAM HOFFMAN, Suing on Behalf of Himself and All Other Creditors, etc., Appellant, v. EXOTIC ART PROCESS, INC., and Others, Respondents, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH POPPER and Another, as Trustees, etc., Respondents, v. REALTY CONTROL CORPORATION, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.